## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CARISSA NEALIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-0078-CVE-TLW |
| | ) | |
| **COXCOM, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

This matter has come before the Court for consideration and an opinion and order (Dkt. # 130) granting summary judgment in favor of defendant, Coxcom, LLC, on all of plaintiff's claims has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiff is hereby entered as to plaintiff's claims.

**DATED** this 22nd day of March, 2017.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE