UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARISSA NEALIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-CV-078-CVE-TLW |
| | ) |
| COXCOM, LLC, a foreign limited liability company, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

Notice is hereby given that Carissa Nealis, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the *Opinion and Order* [Dkt. #130] and *Judgment* [Dkt. #131] entered in this action on March 22, 2017.

Respectfully submitted:

CAMP LAW FIRM

By: *Christopher L. Camp*
Christopher L. Camp, OBA #18541
7122 South Sheridan Road, Suite #2-382
Tulsa, Oklahoma 74133
Telephone: (918) 200-4871
Facsimile: (918) 550-8337
E-mail: camplawfirm@gmail.com

**Attorney for Plaintiff Carissa Nealis**

## CERTIFICATE OF SERVICE

  I hereby certify that on April 20, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  William W. O'Connor, Esq.
  Keith Wilkes, Esq.
  Jacob S. Crawford, Esq.
  William Drummond Deveney, Esq.

                     /s/ Christopher L. Camp
                     **Christopher L. Camp, OBA #18541**