**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 16, 2018

Chris Wolpert
Chief Deputy Clerk

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
Page Belcher Federal Building
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 17-5042, Nealis v. CoxCom
Dist/Ag docket: 4:16-CV-00078-CVE-TLW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Christopher Lincoln Camp
      William D. Deveney
      William Walker O'Connor
      Donald Jon Slaughter
      Keith A. Wilkes

EAS/sls



**17-5042 Nealis v. CoxCom "Mandate issued" (4:16-CV-00078-CVE-TLW)**

**ca10_cmecf_notify**   to: CM-ECFIntake_OKND    05/16/2018 09:05 AM

From:  ca10_cmecf_notify@ca10.uscourts.gov
To:    CM-ECFIntake_OKND@oknd.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/16/2018 at 8:03:13 AM MDT and filed on 05/16/2018

**Case Name:**    Nealis v. CoxCom
**Case Number:**  17-5042

**Document(s):**  Document(s)

**Docket Text:**
[10559300] Mandate issued. [17-5042]

**Notice will be electronically mailed to:**

Mr. Christopher Lincoln Camp: camplawfirm@gmail.com, christopherlincolncamp@gmail.com
Mr. William D. Deveney: deveney@elarbeethompson.com, susan@elarbeethompson.com
Mr. Mark C. McCartt, Clerk of Court: CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. William Walker O'Connor: boconnor@hallestill.com, lwilliams@hallestill.com, twallace@hallestill.com
Donald Jon Slaughter: donaldjslaughter@gmail.com
Mr. Keith A. Wilkes: kwilkes@newtonoconnor.com, eandrew@newtonoconnor.com


The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_175042_10559300_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=05/16/2018] [FileNumber=10559300-0]
[5763f1045709d205913dfa57bc2e30bfc58ffa8b8445eb331b659f97a5afd3e04ee91545a71988158
47927ce340e14ba1ede637ad772e2687e5f4cd71243ad9c]]
**Recipients:**

- [Mr. Christopher Lincoln Camp](#)
- [Mr. William D. Deveney](#)
- [Mr. Mark C. McCartt, Clerk of Court](#)
- [Mr. William Walker O'Connor](#)
- [Donald Jon Slaughter](#)
- [Mr. Keith A. Wilkes](#)